■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE VARELA, Also Known as ANASTACIO COLINA, Appellant. [599 NYS2d 996] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Golia, J.), rendered June 4, 1991, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA VELAZQUEZ, Appellant. [599 NYS2d 996] —Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered November 16, 1992, convicting her of manslaughter in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.